# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:21-mj-1067-MCR

ADAM AVERY HONEYCUTT
_____/

Defense Atty.: LEE LOCKETT
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson U.S. Magistrate Judge** | DATE AND TIME | February 11, 2021 2:37 PM – 3:03 PM 26 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | DANIEL DUMPIT |

## CLERK'S MINUTES

**PROCEEDINGS: INITIAL APPEARANCE – RULE 5**

Defendant arrested on probable cause on February 11, 2021 by the FBI.

Oral Notice of appearance entered on behalf of Defendant by Lee Lockett, Esq. who appeared by telephone.

Defendant advised of rights, charges, penalties and special assessment.

Government moved for temporary detention and request for continuance of detention hearing until February 11, 2021 is GRANTED.

Detention set before Judge Monte C. Richardson on February 16, 2021 at 11:00 am. Defendant ordered detained pending his detention hearing.