# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO. 3:21-mj-1067-MCR

ADAM AVERY HONEYCUTT

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon oral motion of the Government to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for February 16, 2021 at 11:00 AM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: February 11, 2021

*/s/ Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Cofer Taylor)
Lee Lockett, Esq.
United States Marshal Service
United States Pretrial Services