# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                               CASE NO. 3:21-mj-1067-MCR

ADAM AVERY HONEYCUTT

_____/

Defense Atty.: LEWIS LEE LOCKETT
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | February 16, 2021<br>11:06 AM – 11:08 AM<br>2 MINUTES<br>11:08 AM – 12:11 PM<br>1 HOUR 3 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | DANIEL DUMPIT |

## CLERK'S MINUTES

**PROCEEDINGS:   IDENTITY AND DETENTION HEARING**

**IDENTITY HEARING**
Defense counsel advised of Defendant's desire to waive his identity hearing. The Court questioned Defendant regarding the waiver of hearing and found that he did so knowingly and voluntarily.  The Court also determined that Defendant was the individual charged in the Complaint. **WAIVER FILED IN OPEN COURT.**

**DETENTION**
Proffer by the Government.

Proposed Third Party Custodian: Samantha S. Corwin placed under oath and question.

Proffer by defense counsel.

Government's Exhibit 1 identified and admitted in as evidence.

For reasons stated on the record, Judge Richardson ordered Defendant detained pending further proceedings – **ORDER TO ENTER**.