UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| ADAM AVERY HONEYCUTT | CASE NO. 3:21-MJ-1067-MCR |

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Complaint | 18 U.S.C. § 1752 and 40 U.S.C. § 5104(e)(2) | District of Columbia |
| | | Case Number: 1:21-mj-00216 |
| **Description:** Knowingly entering or remaining in restricted building/grounds without lawful authority; Violent entry and disorderly conduct on capitol grounds. | | |

| PROCEEDINGS | |
|---|---|
| **BOND STATUS:** | Defendant waived his right to a preliminary hearing |
| **COUNSEL:** | Lewis Lee Lockett, Esquire (retained counsel) |
| **INTERPRETER:** | None Required |

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of Defendant and to transport him/her with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him/her to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____
Joel B. Toomey, United States Magistrate Judge

Date: 2/24/21

| RETURN | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |

AO 94 (Rev. 8/97) Commitment to Another District